IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS IVAN MARRERO MARTINEZ
ANA EVELYN ORTIZ SANTOS

CASE NO . 18-03283 BKT

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-3(k)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/ have NOT a discharge under Chapter 7, 11 OR 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**

**Instructional Course Requirement**

5. Debtor(s) has/have resides in a district for which the United States trustee (or the bankruptcy administrator, if any) determines that the approved instructional courses are not

Certificate of Discharge
Case No. 18-03283 BKT
Page 2

adequate to service the additional individuals who would otherwise be required to complete such instructional course.

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 06/10/2020.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521
aorecf@ch13sju.com

By: **/s/ ALEJANDRO OLIVERAS RIVERA**
ALEJANDRO OLIVERAS RIVERA

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

BANCO SANTANDER PUERTO
PO BOX 362589
SAN JUAN,, PR 00936-2589

BK OF AMER
PO BOX 982238
EL PASO,, TX 79998-2238

CLARO (CINGULAR)
PO BOX 360998
SAN JUAN,, PR 00936-0998

FIRST BANK PUERTO RICO
PRESTAMOS DE AUTO
PO BOX 9146
SAN JUAN, PR 00908-0146

LUIS IVAN MARRERO MARTINEZ
URB BORINQUEN VALLEY 2
468 CAPUCHINO
CAGUAS, PR 00725

MONEY EXPRESS
C/O LYDIA PACHECO
PO BOX 9146
SAN JUAN, PR 00908-0146

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA 23541

SCOTIABANK DE PUERTO RICO
PO BOX 362394
SAN JUAN, PR 00936-2394

SCOTIABANK PR
CARDONA JIMENEZ LAW OFFICE PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

THD/CBNA
PO BOX 6497
SIOUX FALLS,, SD 57117-6497

LUIS IVAN MARRERO MARTINEZ and ANA EVELYN ORTIZ SANTOS
URB BORINQUEN VALLEY 2
468 CAPUCHINO
CAGUAS, PR 00725

DATED: June 10, 2020

/S/ RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE NO 18-03283-BKT